## EX PARTE N. J. SHADWICK.

No. 14068.  Delivered December 10, 1930.

The opinion states the case.

*Will R. Saunders,* of Pampa, for appellant.

*Lloyd W. Davidson,* State's Attorney, of Austin, for the State.

MORROW, PRESIDING JUDGE.—The relator is under indictment for the theft of property of the value of $200.00. It appears that he had been allowed bail in the sum of $1,000.00, but in default of it is held in custody by the sheriff. No reason for his discharge is shown nor perceived.

The judgment is affirmed.

*Affirmed.*